UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CRIME JUSTICE & AMERICA, INC., a California Corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TOM JONES, individually and in his official capacity as Sheriff of Grant County, Washington, et al.,<br><br>Defendants. | NO: CV-12-118-RMP<br><br>ORDER DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS |

**BEFORE** the Court is the Plaintiffs' Stipulation of Dismissal, ECF No. 17. Having reviewed the stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal. Accordingly,

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Stipulation of Dismissal, **ECF No. 17**, is **APPROVED**.

   Plaintiffs' Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

ORDER DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS ~ 1

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, enter judgment as a stipulated settlement and not in favor of any one party, provide copies to counsel, and **close** this case.

**DATED** this 1st day of May 2013.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER DISMISSING CASE WITH PREJUDICE AND WITHOUT COSTS ~ 2